UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| WORLD HEALTHCARE SYSTEMS, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> SSI SURGICAL SERVICES, INC., ) <br> ) <br> Defendant/Counter-Plaintiff/Third- ) <br> Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PACESETTER SBIC FUND, INC., f/k/a ) <br> POWER EQUITIES, INC., ) <br> ) <br> Third-Party Defendant. ) | Civ. Action No. 1:10-cv-00060 <br><br> JUDGE COLLIER <br> MAGISTRATE JUDGE LEE |

**ORDER GRANTING MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT**

This matter came before the Court on the Motion for Leave to Deposit Funds Into Court (the "Motion") filed by Defendant, Counter-Plaintiff, and Third-Party Plaintiff, SSI Surgical Services, Inc. ("SSI") pursuant to Federal Rules of Civil Procedure 67 and 22. Based on the Motion and the entire record in this case, the Court finds that the Motion is well-taken and should be GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. SSI's Motion for Leave to Deposit Funds Into Court is GRANTED;

2. SSI shall deposit the $382,370.00 in funds with the Clerk of Court, with a copy of this Order, as soon as practicable after entry of this Order.

3. Pursuant to Local Rule 67.1B, the Clerk of Court shall deposit the $382,370.00 in funds in a non-income-earning account.

IT IS SO ORDERED.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

7/2536456.1

ENTERED this _____ day of _____, 2011

Respectfully submitted for entry by:

BRADLEY ARANT BOULT CUMMINGS LLP

s/ Russell B. Morgan

Russell B. Morgan (No. 20218)
Jeffrey L. Allen (No. 26782)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2311
rmorgan@babc.com

*Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff SSI Surgical Services, Inc.*

- 2 -

7/2536456.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being forwarded, via the Court's ECF, to:

Curtis L. Bowe
Bowe & Associates, PLLC
707 Georgia Avenue, Suite 302
Chattanooga, TN 37402

Samuel P. Funk
Sherrard & Roe, PLC
424 Church Street, Suite 2000
Nashville, TN 37219

on this the 27th day of January, 2011.

s/Russell B. Morgan
Russell B. Morgan